**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Derrick  W.  Brooks | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-13493ELF |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 29, 2018, this case is hereby DISMISSED.

**Date: June 15, 2018**

ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:

    Chapter 13 Plan
    Ch 13 Income Form 122C-1
    Means Test Calculations 122C-2
    Schedules A/B-J
    Statement of Financial Affairs
    Summary Assets & Liabilities B106

bfmisdoc elf (1/22/15)