United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-13493-elf
Derrick W. Brooks                                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Jun 18, 2018
                             Form ID: pdf900          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
db              +Derrick W. Brooks,    3565 Barbaro Lane,    Harleysville, PA 19438-3301
14113198        +AES/PHEAA FRN,    POB 61047,    HARRISBURG, PA 17106-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jun 19 2018 02:17:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2018 02:17:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 19 2018 02:17:49     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2018 02:24:30     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14113200        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2018 02:14:17     LVNV FUNDING LLC,
                 C/O RESURGENT CAPITAL SERVICES,    PO BOX 1269,    GREENVILLE, SC 29602-1269
14113197         E-mail/Text: camanagement@mtb.com Jun 19 2018 02:17:40     M & T BANK,    PO BOX 900,
                 MILLSBORO, DE 19966
14113199         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2018 02:13:49
                 PORTFOLIO RECOVERY,    120 CORPORATE BLVD STE 100,    NORFOLK, VA 23502
14116495        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2018 02:13:50
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                          TOTAL: 8

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                          TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                    :        Chapter    13

                                         :

Derrick  W.  Brooks

                                         :

                Debtor                   :        Bankruptcy No. 18-13493ELF


ORDER


AND NOW, it is  ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated May 29, 2018, this case

is hereby DISMISSED.


**Date: June 15, 2018**

_____

ERIC L. FRANK
United States Bankruptcy Judge


Missing Documents:

Chapter 13 Plan
Ch 13 Income Form 122C-1
Means Test Calculations 122C-2
Schedules A/B-J
Statement of Financial Affairs
Summary Assets & Liabilities B106


bfmisdoc elf (1/22/15)